UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LARRY MAY, *et al.*,

    Plaintiff,

v.

GREAT LAKES
WATER AUTHORITY, *et al.*,

    Defendants.

Case No. 21-cv-10911
Hon. Matthew F. Leitman

_____/

## ORDER (1) DENYING DEFENDANTS' MOTIONS TO DISMISS (ECF No. 33, 34) WITHOUT PREJUDICE IN ALL BUT ONE RESPECT; (2) DISMISSING WITH PREJUDICE PLAINTIFF HAROLD L. ROBINSON'S CLAIMS UNDER THE NATIONAL LABOR RELATIONS ACT; AND (3) SETTING DEADLINES FOR LIMITED DISCOVERY AND AMENDED PLEADINGS

On December 6, 2022, the Court held a hearing on motions to dismiss (ECF No. 33, 34) filed by Defendants Great Lakes Water Authority and AFSCME Local 2920. For the reasons stated on the record, IT IS HEREBY ORDERED THAT:

1. Subject to number 2 below, the motions are **DENIED WITHOUT PREJUDICE;**

2. Defendant AFSCME Local 2920's motion is **GRANTED** with respect to Plaintiff Harold L. Robinson's claims under the National Labor Relations Act, and those claims are **DISMISSED WITH PREJUDICE;**

1

3. The parties shall conduct limited discovery until **January 20, 2023.** That discovery shall focus solely upon determining which Plaintiffs belong to which unions, as well as the dates of their union memberships.

4. By **March 21, 2023**, Plaintiffs shall file a Second Amended Complaint, which shall conform with the directions issued by the Court on the record.

5. By **April 20, 2023**, Defendants shall answer or otherwise respond to Plaintiffs' Second Amended Complaint.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: December 6, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 6, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126