UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LARRY MAY, *et al.*,

    Plaintiff,

v.

Case No. 21-cv-10911
Hon. Matthew F. Leitman

GREAT LAKES
WATER AUTHORITY, *et al.*,

    Defendants.
_____/

### ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT GREAT LAKES WATER AUTHORITY'S RENEWED MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR STAY OF PROCEEDINGS IN LIEU OF ANSWER (ECF No. 50)

Now before the Court is Defendant Great Lakes Water Authority's Renewed Motion to Dismiss, or, in the Alternative, For Stay of Proceedings in Lieu of Answer. (*See* Mot., ECF No. 50.)  The Court held a hearing on the motion on November 21, 2023.  For the reasons stated on the record during the hearing, the motion is **GRANTED IN PART AND DENIED IN PART** as follows:

- The motion is **GRANTED** to the extent that it seeks to compel Plaintiffs to arbitrate all of their claims against the Great Lakes Water Authority. Plaintiffs shall pursue those claims solely through the arbitration process set forth in the collective bargaining agreements between the Great Lakes

Water Authority and the unions to which Plaintiffs belonged at the relevant times.

- The motion is **GRANTED** to the extent that it seeks a stay of these proceedings in this Court pending the issuance of a final award (or awards) in the arbitration proceedings.

- The motion is **DENIED** to the extent that it seeks dismissal of Plaintiffs' claims.

**IT IS SO ORDERED.**

        s/Matthew F. Leitman
        MATTHEW F. LEITMAN
        UNITED STATES DISTRICT JUDGE

Dated: November 27, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 27, 2023, by electronic means and/or ordinary mail.

        s/Holly A. Ryan
        Case Manager
        (313) 234-5126