UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LARRY MAY, *et al.*,

      Plaintiff,

                                  Case No. 21-cv-10911
v.                                   Hon. Matthew F. Leitman

GREAT LAKES
WATER AUTHORITY, *et al.*,

      Defendants.

_____/

### ORDER GRANTING DEFENDANT LGC GLOBAL, INC.'S MOTION TO DISMISS OR, IN THE ALTERNATIVE FOR SUMMARY JUDGMENT (ECF No. 48)

Now before the Court is Defendant LGC Global, Inc.'s Motion to Dismiss or, in the Alternative, for Summary Judgment. (*See* Mot., ECF No. 48.)  The Court held a hearing on the motion on November 21, 2023.  For the reasons stated on the record during the hearing, the Court has determined to treat the motion as one for summary judgment and to **GRANT SUMMARY JUDGMENT** in favor of LGC Global, Inc., and against Plaintiff Andrew Washington, on all of Washington's claims against LGC Global, Inc. asserted in Plaintiffs' Second Amended Complaint.

      **IT IS SO ORDERED.**

                         s/Matthew F. Leitman
                         MATTHEW F. LEITMAN
                         UNITED STATES DISTRICT JUDGE

Dated:  November 27, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 27, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126