UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LARRY MAY, *et al.*,

    Plaintiff,

v.

Case No. 21-cv-10911
Hon. Matthew F. Leitman

GREAT LAKES
WATER AUTHORITY, *et al.*,

    Defendants.
_____/

## ORDER DIRECTING DEFENDANT GREAT LAKES WATER AUTHORITY TO FILE REPLY BRIEF

Now pending before the Court is Defendant Great Lakes Water Authority's motion to confirm the parties' arbitration award and to dismiss Plaintiffs' claims against it with prejudice. (*See* Mot., ECF No. 68.) Plaintiffs, other than Plaintiff Harold Robinson, filed a response to the motion in which they said that they did not object to the entry of an order confirming the arbitration award with one exception:

> Plaintiffs do not object to an order to lift the stay of proceedings or to an order to confirm Arbitrator Irby's Arbitration Award. Plaintiffs do, however, object to dismissing Plaintiffs' claims with prejudice. As this Court is no doubt aware, three Plaintiffs in this case – Mauria Davis, Kimberly Garza, and Joe Kimbrough – have pending federal claims against Defendants. The proceedings on those claims were stayed while this case was pending in Arbitration. Now that a final Arbitration Award has been issued, Plaintiffs should be permitted to proceed with the outstanding federal claims.

1

(Resp., ECF No. 69, PageID.3011.)

The Court has reviewed the motion, and Plaintiffs' response, and concludes that it would benefit from the filing of a reply brief by Great Lakes Water Authority. Accordingly, the Court directs Great Lakes Water Authority, by no later than **August 1, 2025**, to file a reply brief in which it, among any other arguments that it wishes to make, responds to Plaintiffs' argument that the Court should not dismiss the federal claims of Defendants Mauria Davis, Kimberly Garza, and Joe Kimbrough because those claims are not subject to the arbitrator's ruling.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  July 23, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 23, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126