UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LARRY MAY, *et al.*,

    Plaintiff,

v.

Case No. 21-cv-10911
Hon. Matthew F. Leitman

GREAT LAKES
WATER AUTHORITY, *et al.*,

    Defendants.

_____/

## JUDGMENT

In accordance with the order entered on this day and the orders entered on December 6, 2022, November 27, 2023, and September 8, 2025,

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendants and against Plaintiffs.

                                                KINIKIA ESSIX
                                                CLERK OF COURT

                          By:    s/Holly A. Ryan
                                  Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  December 3, 2025
Detroit, Michigan

1